UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

|  |  |  |
|---|---|---|
| TAVIA WAGNER, | ) ) ) | |
| Plaintiff, | ) ) | |
| vs. | ) ) | CASE NO. 6:25-CV-02244-GAP-LHP |
| TCB-WCO, LLC, and OLLIE'S BARGAIN OUTLET, INC., | ) ) ) ) | |
| Defendants. | ) ) ) | |

## JOINT STIPULATION FOR DISMISSAL *WITH PREJUDICE*

Plaintiff TAVIA WAGNER, Defendant TCB-WCO, LLC, and Defendant OLLIE'S BARGAIN OUTLET, INC., (collectively, the "Parties"), by and through their respective undersigned counsel and pursuant to Federal Rule of Civil Procedure 41, hereby jointly stipulate that all claims be dismissed *with prejudice*, and with each party to bear its own attorneys' fees, costs, and disbursements, except as provided by the Parties' Confidential Settlement Agreement.

[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]

DATED this 22nd day of April, 2026.

Respectfully submitted,

ANTHONY T. LITSCH III
ATTORNEY AT LAW
328 N. Ridgewood Avenue, Suite #9
Edgewater, FL 32132
Telephone:  (386) 409-7252

By:  */s/ Anthony T. Litsch III*
Anthony T. Litsch III
Florida Bar No. 0084437
AnthonyTLitschiii@gmail.com

*Attorneys for Plaintiff*

JACKSON LEWIS P.C.
390 North Orange Avenue, Suite 1285
Orlando, Florida 32801
Telephone:  (407) 246-8440

By:  */s/ Lin J. Wagner*
Lin J. Wagner
Florida Bar No. 0093138
lin.wagner@jacksonlewis.com

*Attorneys for Defendant,*
TCB-WCO, LLC

DINSMORE & SHOHL LLP
200 S. Biscayne Blvd. Suite 2401, Miami,
FL 33131
Telephone:  (786) 957-1136
Facsimile:    (206) 682-7100

By:  */s/ Stefanie R. Phillips*
Stefanie R. Phillips
Florida Bar No. 105475
Stefanie.Phillips@dinsmore.com

*Attorneys for Defendant,*
OLLIE'S BARGAIN OUTLET, INC.

[CERTIFICATE OF SERVICE ON THE NEXT PAGE]

2

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that on this 22nd day of April, 2026, the foregoing was electronically filed with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to: bb_litsch4@att.net and AnthonyTLitschiii@gmail.com, LitschiiiADA@gmail.com, Anthony T. Litsch III Esq., Anthony T. Litsch III Attorney at Law, 328 N. Ridgewood Avenue, Suite #9, Edgewater, FL 32132, Attorneys for Plaintiff and Stefanie.Phillips@dinsmore.com, and Gisselle.Rodriguez@dinsmore.com, Stefanie R. Phillips, Esq., Dinsmore & Shohl LLP, 200 S. Biscayne Blvd. Suite 2401, Miami, FL 33131, Attorneys for Defendant, Ollie's Bargain Outlet, Inc..

/s/ *Lin J. Wagner*
Lin J. Wagner

3